

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-19-00011-CV

Trial Court Cause
Number:            2018-46488

Style:             Richard Andert Robins v. Commission for Lawyer Discipline dba Texas Bar

                   aka State Bar of Texas

Date motion filed*:  September 16, 2019

Type of motion:     Agreed Motion to Exceed Word Limit

Party filing motion:  Appellant, Richard Andert Robins

Document to be filed:  Reply Brief

Is appeal accelerated? ☒ Yes    ☐ No

If motion to extend time:
        Original due date:
        Number of previous extensions granted:
        Date Requested:

Ordered that motion is:

    ☒  Granted

        If document is to be filed, document due: September 26, 2019

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other:

Judge's signature: /s/  Evelyn V. Keyes
                    ☒ Acting individually    ☐ Acting for the Court

Date: September 24, 2019